**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EDWARD BRYANT**                                                          **PLAINTIFF**

**v.**                            **Case No. 5:14-CV-421 KGB**

**ATLAS TUBE INC., et al.**                                            **DEFENDANTS**

**ORDER**

Plaintiff Edward Bryant has been represented by Teresa L. Bloodman in this case.  A

panel of the Arkansas Supreme Court Committee on Professional Conduct announced an Order

of Interim Suspension and voted to initiate disbarment proceedings against Ms. Bloodman.

Subsequently, this Court directed Ms. Bloodman to show cause within 30 days why this Court

should not impose identical disciple as that imposed by the State of Arkansas.  A copy of this

Court's Order is attached.  Therefore, all proceedings in this action are stayed for a period of 30

days.  Ms. Bloodman is directed to provide a copy of this Order to the plaintiff immediately.

It is so ordered this 5th day of April, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge