FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 01 2016

JAMES W. McCORMACK, CLERK
By: /s/ _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE: TERESA L. BLOODMAN
Arkansas Bar ID #2005055
Arkansas Supreme Court Committee on Professional Conduct Docket Nos.
2014-053, 2014-067, 2015-013, 2015-016, 2015-020, 2015-029, 2015-088, 2015-092, 2015-108

## ORDER

A panel of the Arkansas Supreme Court Committee on Professional Conduct, as announced in an Order of Interim Suspension, has voted to initiate disbarment proceedings against Teresa L. Bloodman and found that an interim suspension from the practice of law within the jurisdiction of the state of Arkansas shall be imposed.

Pursuant to Rule II(B) of the Model Federal Rules of Disciplinary Enforcement, which have been adopted by the United States District Court for the Eastern District of Arkansas, it is hereby ordered that Teresa L. Bloodman must show cause within thirty (30) days after the service of this order why this Court should not impose the identical discipline as that imposed by the State of Arkansas. Such discipline will be imposed unless respondent demonstrates, or it is found, upon the face of the record upon which the discipline was predicated, that it is clear that:

(1) the procedure was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process; or

(2) there was such an infirmity of proof establishing the misconduct as to give rise to the clear conviction that this Court could not, consistent with its duty, accept as final conclusion on that subject; or

(3) the imposition of the same discipline would result in grave injustice; or

(4) the misconduct established is deemed to warrant substantially different discipline.

Pursuant to Rule II(B) of the Model Federal Rules of Discipline Enforcement, it is further ordered that a copy of this order to show cause be served by the United States Marshal along with a copy of the Order of Interim Suspension from the Arkansas Supreme Court Committee on Professional Conduct (attached hereto).

IT IS SO ORDERED this 1st day of April 2016.

Brian S. Miller
UNITED STATES DISTRICT COURT

## BEFORE THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT
## PANEL A

IN RE:      **TERESA L. BLOODMAN**, Respondent
Arkansas Bar ID #2005055
CPC Docket Nos. 2014-053, 2014-067, 2015-013, 2015-016, 2015-020, 2015-029, 2015-088, 2015-092 & 2015-108

### ORDER OF INTERIM SUSPENSION

Respondent Teresa L. Bloodman, Arkansas Bar ID # 2005055, an attorney practicing law primarily in or from an address in Maumelle, Arkansas, is placed on Interim Suspension.

Panel A of the Arkansas Supreme Court Committee on Professional Conduct, having voted in these cases on March 18, 2016, to initiate disbarment proceedings against the Respondent, pursuant to the authority of Section 16(A)(1), Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law (the "Procedures") (Rev. 2011), finds that an interim suspension of Respondent's privilege to practice law under the authority of her Arkansas law license shall be imposed pursuant to Section 17.E(3)(a).

It is therefore ORDERED that the Arkansas law license of Respondent Teresa L. Bloodman be, and hereby is, SUSPENDED immediately upon the filing of this Order with the Clerk of the Arkansas Supreme Court.

ARKANSAS SUPREME COURT COMMITTEE
ON PROFESSIONAL CONDUCT - PANEL A

Date: 3-21-16

By: _____
Michael W. Boyd, Panel A Chair

Received
MAR 21 2016
Arkansas Supreme Court
Committee on Professional Conduct

BEFORE THE ARKANSAS SUPREME COURT
COMMITTEE ON PROFESSIONAL CONDUCT
PANEL A

IN RE:     TERESA L. BLOODMAN, Respondent
           Arkansas Bar ID #2005055
           CPC No. 2014-053 (Trust account)
           CPC No. 2014-067 (Liggins appeal)
           CPC No. 2015-013 (K. Brown)
           CPC No. 2015-016 (L. Haynes)
           CPC No. 2015-020 (Judge R. Wood)
           CPC No. 2015-029 (Laser-Gordon)
           CPC No. 2015-045 (T. Carruth)
           CPC No. 2015-088 (Judge M. Robinson)
           CPC No. 2015-092 (K. Perry)
           CPC No. 2015-108 (Court of Appeals)

Received
MAR 2 1 2016
Arkansas Supreme Court
Committee on Professional Conduct

**FINDINGS & ORDER**

Pursuant to the Procedures, Section 10, the above ten cases came on for ballot vote before Panel A on March 18, 2016. The regular members of Panel A considered the cases, except that member Benton Smith was not available and was replaced by Panel C member Tonya Patrick. Member Danyelle Walker did not participate in consideration of No. CPC 2015-092, the Perry case. After full consideration of all ten cases, Panel A finds and orders as follows:

1. Based on consideration of nine cases listed above, excluding CPC 2015-045 (Carruth), Panel A voted unanimously to refer Respondent Bloodman to disbarment proceedings pursuant to the Procedures, Section 10(E)(4) and Section 13, and directed the Executive Director to file a Petition for Disbarment if Ms. Bloodman does not timely surrender her Arkansas law license upon being notified of the Panel's action.

2. An order of interim suspension shall issue with the disbarment referral, pursuant to the Procedures, Section 16(A)(1).

Page 1 of 2

3. No action shall be taken in No. CPC 2015-045 (Carruth) and that case is dismissed.

4. The Supplemental Affidavit of Respondent filed March 4, 2016, in four cases, along with the response by the Office of Professional Conduct, was considered. Panel A finds there was no "selective or discriminatory prosecution" of Respondent by either the Office of Professional Conduct or Director Ligon regarding these cases.

ALL OF THE ABOVE IS SO ORDERED on _March 21st_, 2016.

_____
Michael W. Boyd, Panel A Chair