# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDWARD BRYANT**                                                                 **PLAINTIFF**

**v.**                      **Case No. 5:14-cv-421 KGB**

**ATLAS TUBE INC.,** *et al.*                                                  **DEFENDANTS**

## ORDER

Before the Court is defendants Atlas Tube, Inc. ("Atlas Tube"), Mike Reedy (incorrectly named in the amended complaint as Mike Reddy), Jim Jones, Charles Leonard (incorrectly named in the amended complaint as Charles Lennard), Ray Falk (incorrectly named in the amended complaint as Ray Faulks), and Jerry Garner's motion to withdraw and substitute counsel (Dkt. No. 33).  For good cause shown, the motion is granted.  Kristy L. Gunn is terminated as counsel of record for these defendants, who will continue to be represented by Thomas L. Henderson and Audrey M. Calkins.[1]

It is so ordered this 5th day of June, 2017.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              United States District Judge

---

[1] Separate defendant Steve Monnette has not appeared in this action and does not join in this motion.