IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD BRYANT**                                                                                       **PLAINTIFF**

v.                                        Case No. 5:14-cv-00421 KGB

**ATLAS TUBE INC., et al.**                                                           **DEFENDANTS**

## ORDER

Plaintiff Edward Bryant is represented by Teresa L. Bloodman in this case. On March 21, 2016, a panel of the Arkansas Supreme Court Committee on Professional Conduct announced an Order of Interim Suspension and voted to initiate disbarment proceedings against Ms. Bloodman. On April 5, 2016, this Court directed Ms. Bloodman to show cause within 30 days why this Court should not impose identical discipline as that imposed by the State of Arkansas, and then stayed all proceedings in this case for 30 days (Dkt. No. 25). The stay in this case terminated on May 5, 2016.

Ms. Bloodman has responded to the Court's show cause order (Dkt. No. 30). The Court has under advisement the show cause order and response pending resolution of the state disbarment proceedings against Ms. Bloodman (Dkt. Nos. 25, 30). In the interim, the Court expects the litigation in this matter to proceed. The Court directs the parties to submit to the Court a status report within one week of the date of this order in advance of the Court entering a final scheduling order in this matter. The parties have up to and including March 15, 2018, to submit these status reports.

It is so ordered this 8th day of March, 2018.

_____
Kristine G. Baker
United States District Judge