IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD BRYANT                                                            PLAINTIFF

vs.                         CASE NO.:5:14-CV-0421 KGB-JTR

ATLAS TUBE, INC.; MIKE REDDY, Individually,            DEFENDANTS
and in his Official Capacity as Atlas Supervisor;
STEVE MONNETTE, Individually, and in his
Official Capacity as Human Resource Manager;
RAY FAULKS, Individually, and in his Official
Capacity as Plant Manager; JERRY GARNER,
Individually, and in his Official Capacity as
Crane Operator; JIM JONES, Individually, and
in his Official Capacity as Crane Operator;
and CHARLES LENNARD, Individually, and in his
Official Capacity as Crane Operator.                         DEFENDANTS

## PLAINTIFF'S AMENDED STATUS REPORT

Comes now the Plaintiff, by and through attorney, Teresa Bloodman, and states:

1. That on March 17, 2018, counsel discovered that the Court had entered an Order on March 8, 2018, directing the parties to file status reports. (Doc. 35)

2. That regrettably counsel did not receive the ECF notification in her email Inbox, due to an apparent email malfunction.

3. That on February 23, 2016, the defendants were deposed.

4. That on February 24, 2016, Defendant's counsel, Mr. Charles V. Holmes began deposition of Plaintiff. The same was continued and has not yet been

1

completed by Defendant's counsel.  It is believed that Plaintiff's deposition could conceivably be completed in 1 - 2 additional days.  There appears to be a few additional witnesses requiring deposition.

5. That the parties have exchanged some Interrogatories and Requests for Production of Documents.

6. That Plaintiff requests that the Court enter a Final Scheduling Order establishing discovery deadline, dispositive motion deadline, and a trial date in this matter.

                Respectfully submitted,

                /s/Teresa Bloodman #2005055
                Attorney for Plaintiff
                P.O. Box 13641
                Maumelle, AR 72113
                (870) 550-1940 Direct
                teresabloodman@yahoo.com

## **CERTIFICATE OF SERVICE**

    I, Teresa Bloodman, do hereby certify that a true and correct copy of the foregoing Status Report was filed on 19th day of March, 2018, with the Clerk of Court, via the ECF electronic filing system which will electronically be served on:

Mr. Thomas L. Henderson
Audrey M. Calkins
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160 Telephone
(901) 767-7411 Facsimile
thomas.henderson@odnss.com
audrey.calkins@odnss.com
ATTORNEYS FOR DEFENDANTS

                                                /s/Teresa Bloodman