**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

---

EDWARD BRYANT,

    Plaintiff,

v.                                        CASE NO. 5:14-CV-0421-KGB-JTR

ATLAS TUBE, INC.; MIKE REDDY,
Individually, and in his Official Capacity
as Atlas Supervisor; STEVE MONNETTE,
Individually, and in his Official Capacity as
Human Resource Manager; RAY FAULKS,
Individually, and in his Official Capacity as
Plant Manager; JERRY GARNER, Individually,
and in his Official Capacity as Crane Operator;
JIM JONES, Individually, and in his Official
Capacity as Crane Operator; and CHARLES LENNARD,
Individually, and in his Official Capacity as Crane Operator,

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Atlas Tube, Inc. ("Atlas Tube"), Mike Reedy (incorrectly named in the Amended Complaint as Mike Reddy), Steven Monet (incorrectly named in the Amended Complaint as Steve Monnette), Ray Falk (incorrectly named in the Amended Complaint as Ray Faulks), Jerry Garner, Jim Jones, and Charles Leonard (incorrectly named in the Amended Complaint as Charles Lennard) (collectively "Defendants") and Plaintiff Edward Bryant notify the Court that they have reached a compromise regarding Plaintiff's claims. Accordingly, the parties request that the Court dismiss this case with prejudice pursuant to the proposed Order of Dismissal With Prejudice

submitted contemporaneously with this Stipulation of Dismissal.  The parties will bear their own fees and costs.

DATED: July 19, 2019                             Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

Thomas L. Henderson (TN BPR No. 11526)
Audrey M. Calkins (TN BPR No. 30093)
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone:  (901) 767-6160
Facsimile:  (901) 767-7411
thomas.henderson@odnss.com
audrey.calkins@odnss.com

**ATTORNEYS FOR DEFENDANTS**

EDWARD BRYANT

Teresa Bloodman
P.O. Box 13641
Maumelle, AR 72113

**ATTORNEY FOR PLAINTIFF**